```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SANJAY TRIPATHY,

                Plaintiff,

-against-

THE CITY OF NEW YORK, Evelin Guittirez (Investigator), Manhattan DAs (NYCDAO), Mette Risdal (Complainant) in their individual and official capacities,

                Defendants.

25 Civ. 6465 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to 28 U.S.C. § 1914, Plaintiff *pro se*, Sanjay Tripathy, has paid the filing and administrative fee. *See* ECF No. 4; 8/19/2025 ECF Entry. Accordingly, Tripathy is responsible for serving the summons and the complaint on the Defendants. *See* Fed. R. Civ. P. 4(c)(1). However, under Federal Rule of Civil Procedure 4, "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court."

    If Tripathy wishes to request assistance with service, he must complete a request for U.S. Marshals Service ("Form USMS-285") for each Defendant and return it to the Court within 30 days of the date of this order. If Tripathy does not wish to use the Marshals Service, he must notify the Court within 30 days of this order and request that a summons be issued directly to him. Regardless of the method of service Tripathy chooses, he is reminded that he must effect service within 90 days of the date the summons is issued, and it is his responsibility to inquire of the Marshals Service as to whether service has been made or whether an extension is needed.

    Tripathy is further reminded that if the complaint is not served within 90 days after the date that summonses are issued, he should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is a plaintiff's responsibility to request an extension of time for service). If the summons and complaint are not served within the 90 days of the date the summons is issued or if Tripathy does not request an extension of time in which to do so, under Federal Rules of Civil Procedure 4(m) and 41(b), the Court may dismiss this action for failure to prosecute.

    Tripathy shall notify the Court by way of a letter filed on the docket if his address changes, and the Court may dismiss the action if he fails to do so.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: October 15, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge