UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SANJAY TRIPATHY,

                          Plaintiff,                  **ORDER OF SERVICE**

-against-                       **25-CV-6465 (AT) (JW)**

CITY OF NEW YORK *et al.*,

                          Defendants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On November 3, 2025, Plaintiff, proceeding *pro se*, filed a request for U.S. Marshals Service ("Form USMS-285") for each Defendant. See Dkt. No. 10–11. As Judge Torres stated at Dkt. No. 6, Rule 4 of the Federal Rules of Civil Procedure states that "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4.

      As such, the Clerk of Court is instructed to electronically notify Defendant City of New York of this action. For all other Defendants, the Clerk of Court is directed to issue summonses and deliver the Form USMS-285s at Dkt. No. 10 to the Marshals Service. Mr. Tripathy is reminded that it is his responsibility to inquire of the

Marshals Service as to whether service has been made or whether an extension on service is needed.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 10 and 11.**

SO ORDERED.

DATED:   New York, New York
November 10, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge