---

To: SDNY; US Courthouse, 500 Pearl St., New York, NY 10007;
  **HON. Jennifer Willis**, US Magistrate Judge

From: **Sanjay Tripathy,** (ProSe Petitioner/Plaintiff), Morrisville, NC 27560;

Date: Wednesday, November 12th, 2025;

Subject: Case #25-cv-06465-AT-JW (Tripathy v ...)
Letter Motion seeking clarification towards summ...

Dear Honorable Judge Willis,

I, Sanjay Tripathy, appearing pro se, respectfully move this Court for an order seeking **clarification** from earlier Order (ECF #12) authorizing service of summons by the US Marshals Service, pursuant to Court Order (ECF #6), for my civil case 25-cv-06465-AT-JW.

Respectfully, Order (ECF#12) did not specifically address Plaintiff's request for the Court to **order Defendant Kristen Bariola, ADA, to provide the address for Defendant Mette Risdal under seal** to the U.S. Marshals Service, as requested in (ECF #10).

Plaintiff pleads that the Court issue an Order to Defendant Kristen Bariola, ADA, Manhattan DA who has the address for Defendant Mette Risdal (Complainant) as Plaintiff has an Order of protection. Defendant Bariola can provide the address under seal to the Court for the US Marshals Service to effectuate the service of summons to Mette Risdal.

1. **Defendants:** Name and Address (USMS 285 Form enclosed in ECF#10 and #11)

| Name | Designation | Service |
|---|---|---|
| Address: Unknown to Petitioner (DAs Office has it) | | |
| Complainant | 1. Mette Risdal, Complianant | US Marshals Service Address Unknown' seek Court's intervention; |

> This request is DENIED. It is Plaintiff's responsibility to find the address of Defendant Mette Risdal for service. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> November 18, 2025

---

In light of the above, I respectfully plead that this Honorable Court authorize service of summons to Defendant Risdal, after Defendant Baraiola, ADA provides the address under seal to US Marshals Service.

Respectfully Submitted,
/s/ Sanjay Tripathy
Sanjay Tripathy
ProSe Petitioner/Plaintiff

*An innocent man, exonerated after 1651 days in illegal captivity, due to unconstitutional acts, religious persecutions perpetrated by The State of New York, and State Actors acting under the Color of Law;*

## CERTIFICATE OF SERVICE

I, Sanjay Tripathy, certify that on November 12th, 2025, I electronically emailed this - Case #25-cv-06465-AT-JW (Tripathy v. City of New York et. al.); - Letter Motion seeking clarification towards summons for Defendant Risdal with the United States District Court for the Southern District of New York via the CM/ECF system. This complies with SDNY ProSe electronic filing and service procedures.

Respectfully Submitted,
/s/ Sanjay Tripathy
Sanjay Tripathy
ProSe Petitioner/Plaintiff

*An innocent man, exonerated after 1651 days in illegal captivity, due to unconstitutional acts, religious persecutions perpetrated by The State of New York, and State Actors acting under the Color of Law;*