UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANJAY TRIPATHY,

                Plaintiff,                **ORDER OF SERVICE**

    -against-

                                          **25-CV-6465 (AT) (JW)**

CITY OF NEW YORK *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 3, 2025, Plaintiff, proceeding *pro se*, filed a request for U.S. Marshals Service ("Form USMS-285") for each Defendant. See Dkt. No. 10–11. On November 21, 2025, the Court instructed the Clerk of Court to electronically notify Defendant City of New York of this action and issue summonses and deliver the Form USMS-285s at Dkt. No. 10 to the Marshals Service. Dkt. No. 1.

On November 20, 2025, Plaintiff filed another request for U.S. Marshals Service for Defendant Mette Risdal. This request is **GRANTED**.

Plaintiff must submit payment to the U.S. Marshals Service before service can be executed. Plaintiff can call the U.S. Marshals service at 646-563-9881 or send an email to usms.nyscivil@usdoj.gov to receive direction on how payment can be submitted. To the extent Plaintiff is unable to pay the costs of these proceedings (including service costs), he can apply to proceed *in forma pauperis*.

**The Clerk of Court is respectfully requested to close Dkt. No. 17.**

SO ORDERED.

DATED:    New York, New York
                November 21, 2025

                                                           *Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                         United States Magistrate Judge