UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANJAY TRIPATHY,

                       Plaintiff,

       -against-

CITY OF NEW YORK *et al.*,

                      Defendants.
------------------------------------------------------------------X

**ORDER OF SERVICE**

**25-CV-6465 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 10, 2025, the Court instructed the Clerk of Court to electronically notify Defendant City of New York of this action. Dkt. No. 12. Per the docket, Defendant City of New York has not yet been electronically notified. **The Court therefore respectfully requests the Clerk of Court to electronically notify Defendant City of New York of this action**.

Since Defendant City of New York has not been served, the Court **DENIES** Plaintiff's letter motion for default at Dkt. No. 26.

**The Clerk of Court is respectfully requested to close Dkt. No. 26.**

SO ORDERED.

DATED:    New York, New York
             February 20, 2026

                                    _____
                                      JENNIFER E. WILLIS
                                    United States Magistrate Judge