**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------x

SANJAY TRIPATHY,

Plaintiff,

-against- **Case No. 1:25-cv-06465-AT-JW**

CITY OF NEW YORK, et al.,

Defendants.

----------------------------------------------------x

**DECLARATION OF SANJAY TRIPATHY**

**IN SUPPORT OF PLAINTIFF's THIRD AMENDED COMPLAINT**

I, Sanjay Tripathy, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the plaintiff in this action and I appear pro se. I respectfully submit this declaration in support of the Third Amended Complaint ("TAC"). I make this declaration based on my personal knowledge and on the records of the underlying criminal proceedings, which I have reviewed and am competent to identify.

2. The exhibits identified below are true and correct copies of documents that are referenced in, integral to, and/or incorporated by reference in the TAC, and/or are records of judicial proceedings of which the Court may take judicial notice under Federal Rule of Evidence 201. I submit them solely to identify and authenticate the materials on which the allegations of the TAC rest and to respond to the legal arguments raised in the motions. I do not offer them to introduce facts outside the pleadings or to invite the Court to resolve any disputed issue of fact on these motions. See Chambers v. Time Warner, Inc., 282 F.3d 147, 152–53 (2d Cir. 2002); DiFolco v. MSNBC Cable LLC, 622 F.3d 104, 111 (2d Cir. 2010).

3. Attached as Exhibit 1 is a true and correct copy of Indictment No. 2720-2016, stamped filed June 30, 2016.

4. Attached as Exhibit 2 is a true and correct copy of the prosecution's contemporaneous handwritten notes dated June 20, June 24, and June 30, 2016, including the version bearing the prosecutors' original redactions.

5. Attached as Exhibit 3 is a true and correct copy of the transcript of the grand jury testimony of the complainant, M.R., given June 24, 2016 (file separately under seal)

6. Attached as Exhibit 4 is a true and correct copy of the complainant's paid-arrangement evidence, comprising SeekingArrangement.com messages disclosed by the New York County District Attorney's Post-Conviction Justice Unit ("PCJU"), excerpts of M.R.'s SA.com conversations grouped by conversation, and WhatsYourPrice screenshots.

7. Attached as Exhibit 5 is a true and correct copy of the defendant's Omnibus Motion and Specific Brady Request, served in July 2016.

8. Attached as Exhibit 6 is a true and correct copy of the letter from Assistant District Attorney Kristen Baraiola to Justice Michael Obus, dated January 17, 2017, submitted ex parte.

9. Attached as Exhibit 7 are true and correct copies of excerpts of the trial and related proceedings (May–July 2018), comprising: Part A, the transcript of pretrial proceedings on May 11, 2018; Part B, the direct and cross-examination of M.R.; Part C, the mid-trial recess colloquy reflecting the coaching of the witness; Part D, the summation and cited sentencing pages; and Part E, the transcript of sentencing on July 11, 2018.

10. Attached as Exhibit 8 is a true and correct copy of the transcript of post-conviction proceedings held March 12, 2019, together with the People's Affirmation in Opposition to the defendant's motion in the Appellate Division, dated June 5, 2019.

11. Attached as Exhibit 9 is a true and correct copy of the PCJU's notes from its interview of ADA Kristen Baraiola, conducted August 30, 2022.

12. Attached as Exhibit 10 is a true and correct copy of the PCJU's notes from its interview of M.R., conducted November 21, 2022.

13. Attached as Exhibit 11 is a true and correct copy of the People's Response to the defendant's motion to vacate the judgment of conviction (November 2022).

14. Attached as Exhibit 12 is a true and correct copy of the minutes and order vacating the judgment of conviction, entered November 22, 2022.

15. Attached as Exhibit 13 is a true and correct copy of Superior Court Information No. 71584/24, dated April 11, 2024, including the supporting deposition and related plea paperwork contained in the SCI filing packet.

16. Attached as Exhibit 14 is a true and correct copy of the transcript of the plea and sentencing on Superior Court Information No. 71584/24 (April 11, 2024), reflecting the dismissal of Indictment No. 2720-2016 placed on the record that same date.

17. Attached as Exhibit 15 is a true and correct copy of the PCJU's Final Determination (Appeal, 2026).

18. Attached as Exhibit 16 is a true and correct copy of Schedules A, B, C, and D to the Third Amended Complaint.

19. Attached as Exhibit 17 is a true and correct copy of the transcript of M.R.'s Florida deposition (December 8, 2017) excerpts. (<u>file separately under seal</u>)

20. Attached as Exhibit 18 is a true and correct copy of "D.A. Bragg Announces Leadership Appointments to Newly Created 'Special Victims Division.'"

21. Attached as Exhibit 19 is a true and correct copy of Rudin's March 28, 2023 letter to District Attorney Bragg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026, at Morrisville, North Carolina.

/s/ Sanjay Tripathy

Sanjay Tripathy

Plaintiff Pro Se

2013 Jadewood Drive

Morrisville, NC 27560

+1 (859) 380-1515

sanjay.tripathy@gmail.com