**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-——————————————————————-x

SANJAY TRIPATHY,

Plaintiff,

-against- **Case No. 1:25-cv-06465-AT-JW**

CITY OF NEW YORK, et al.,

Defendants.

-——————————————————————-x

**INDEX OF EXHIBITS TO THE DECLARATION OF SANJAY TRIPATHY**

Exhibit 1— Indictment No. 2720-2016, stamped filed June 30, 2016.

Exhibit 2— Prosecution's contemporaneous handwritten notes dated June 20, June 24, and June 30, 2016, including the version bearing the prosecutors' original redactions.

Exhibit 3— Transcript of the grand jury testimony of M.R., June 24, 2016. (file separately under seal)

Exhibit 4— Complainant's paid-arrangement evidence, comprising SeekingArrangement.com messages disclosed by the Post-Conviction Justice Unit, excerpts of M.R.'s SA.com conversations grouped by conversation, and WhatsYourPrice screenshots.

Exhibit 5— Defendant's Omnibus Motion and Specific Brady Request (July 2016).

Exhibit 6— Letter from Assistant District Attorney Kristen Baraiola to Justice Michael Obus, dated January 17, 2017, submitted ex parte.

Exhibit 7— Excerpts of the trial and related proceedings (May–July 2018), comprising: Part A — Transcript of pretrial proceedings, May 11, 2018; Part B — Direct and cross-examination of M.R.; Part C — Mid-trial recess colloquy (witness coaching); Part D — Summation and cited sentencing pages; Part E — Transcript of sentencing, July 11, 2018.

Exhibit 8— Transcript of post-conviction proceedings (March 12, 2019) and the People's Affirmation in Opposition to Defendant's motion in the Appellate Division (June 5, 2019).

Exhibit 9— Post-Conviction Justice Unit notes from the interview of ADA Kristen Baraiola, August 30, 2022.

Exhibit 10— Post-Conviction Justice Unit notes from the interview of M.R., November 21, 2022.

Exhibit 11— The People's Response to Defendant's Motion to Vacate the Judgment of Conviction (November 2022).

Exhibit 12— Minutes and order vacating the judgment of conviction, November 22, 2022.

Exhibit 13— Superior Court Information No. 71584/24, dated April 11, 2024.

Exhibit 14— Transcript of the plea and sentencing on Superior Court Information No. 71584/24 (April 11, 2024), including the dismissal of Indictment No. 2720-2016 placed on the record.

Exhibit 15— Post-Conviction Justice Unit Final Determination (Appeal, 2026).

Exhibit 16— Schedules A, B, C, and D to the Third Amended Complaint.

Exhibit 17— Transcript of MR's Florida Deposition Dec 8 2017 excerpts. (file separately under seal)

Exhibit 18— D.A. Bragg Announces Leadership Appointments to Newly Created "Special Victims Division".

Exhibit 19— Rudin's 2023-03-28 Letter to DA Bragg.

---

NOTE (not part of the filed index): All exhibits are referenced in, integral to, and/or incorporated by reference in the Third Amended Complaint, and/or are records of judicial proceedings subject to judicial notice under Fed. R. Evid. 201. They are accordingly properly before the Court on a Rule 12(b)(6) motion without conversion under Rule 12(d). See Chambers v. Time Warner, Inc., 282 F.3d 147, 152–53 (2d Cir. 2002); DiFolco v. MSNBC Cable LLC, 622 F.3d 104, 111 (2d Cir. 2010).