1A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

SANJAY TRIPATHY,

Defendant.

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendant of the crime of **CRIMINAL SEXUAL ACT IN THE FIRST DEGREE**, in violation of Penal Law §130.50(1), committed as follows:

The defendant, in the County of New York, during the period from on or about June 15, 2016 to on or about June 16, 2016, engaged in oral sexual conduct by forcible compulsion with a person known to the Grand Jury, to wit, contact between defendant's penis and the mouth of said person.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **SEXUAL ABUSE IN THE FIRST DEGREE**, in violation of Penal Law §130.65(1), committed as follows:

The defendant, in the County of New York, during the period from on or about June 15, 2016 to on or about June 16, 2016, subjected a person known to the Grand Jury to sexual contact by forcible compulsion, to wit, the insertion of the defendant's fingers into the vagina and anus of said person.

COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **STRANGULATION IN THE SECOND DEGREE**, in violation of Penal Law §121.12, committed as follows:

The defendant, in the County of New York, during the period from on or about June 15, 2016 to on or about June 16, 2016, with intent to impede the normal breathing and circulation of the blood of another person, applied pressure on the throat and neck of such person, and thereby caused stupor, loss of consciousness for any period of time, and any other physical injury and impairment.

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **ASSAULT IN THE SECOND DEGREE**, in violation of Penal Law §120.05(6), committed as follows:

The defendant, in the County of New York, during the period from on or about June 15, 2016 to on or about June 16, 2016, in the course of and in furtherance of the commission and attempted commission of a felony, other than a felony defined in article 130 which requires corroboration for conviction, and in the immediate flight therefrom, caused physical injury to a person known the Grand Jury, who was not a participant in the crime.

…H COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE**, in violation of Penal Law §135.05, committed as follows:

The defendant, in the County of New York, during the period from on or about June 15, 2016 to on or about June 16, 2016, restrained a person known to the Grand Jury.

CYRUS R. VANCE, JR.
District Attorney

GJ #1A-20

Filed: WAIVED 2016NY037832

GRAND JURY 1A

No. 02720-2016

PART 1 JUN 3 0 2016

THE PEOPLE OF THE STATE OF NEW YORK

-against-

SANJAY TRIPATHY,

Defendant.

INDICTMENT

204

CRIMINAL SEXUAL ACT IN THE FIRST DEGREE, P.L. §130.50(1)
SEXUAL ABUSE IN THE FIRST DEGREE, P.L. §130.65(1)
STRANGULATION IN THE SECOND DEGREE, P.L. §121.12
ASSAULT IN THE SECOND DEGREE, P.L. §120.05(6)
UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE, P.L. §135.05

CYRUS R. VANCE, JR., District Attorney

A True Bill

Kristen Baraiola
Trial Bureau 50

an

Γ 51 ON 6/27/2016