# Prosecution's handwritten notes dated June 20, 2016

M[redacted] R[redacted] 6/20/16

[redacted]

→ almost 2.5 years, lives alone

[redacted]@gmail.com

Business: Nordic Beauty LLC (CEO, founder, sole owner)

→ August 2014 launch, had ~~[illegible]~~ another business previously

→ fashion model before that

- 13 years in U.S., from Norway
- Finished high school, 3 years college (in one year), has diploma (finance)
- Divorced, no children
- Mt. Sinai Roosevelt/West
- Never been a victim or witness of a crime

- Online website – "seeking arrangement"
- Registered a couple of years ago, didn't use it.
- Couple weeks ago she reactivates, in other dating sites too ↳ 10-12 days ago.

→ Match.com, millionairematch.com (on and off active)
 `month ago, went on a couple dates w/ a guy.

- First date from "seeking arrangement" site

→ user name: Nina, his name: newyorker 2016

- He messaged her first
- Conversation is generic, how are you?
- Has different email for dating ~~apps~~ sites, doesn't use the apps.
- Has messaged w/ other people; was supposed to meet up w/ another guy at 10 pm that same day.
- Less information on this site than other sites

→ one picture, little information.

- unlike match.com, which has a lot of information.
- a lot of people have private photos which you can see once you've been connected
- search geographically / [by] age
- Know very little about them at first, likes Indian guys, ~~[illegible]~~ usually get to know each other by texting.
- Feels that they're usually more kind
- Exchanged numbers with him 2-3 messages after they first started talking.
- Has different phone for dating
  646 683 4129

→ text each other a while.
  his: 919 - 809 - 4477
- He calls her once 2 days before
- Tells her he lives b/n Dallas + NYC, works in finance / real estate, from India
- Spends time in London, looking for someone w/ flexible schedule to travel
- She works 4-5 hours a day, 4 days a week

→ can work from laptop when she's away.
- At dinner, talked more about each other

→ sold place in NY, hotel in meantime
- brother in NJ
- rough upbringing in India, very poor
- came to U.S., Harvard
- has been divorced, 3 kids (2 girls, 1 boy)
- half time in NY / Dallas, almost 1 full week in London
- Sets up date for last wednesday

→ He sets up time / place, Zuma 6 pm.
- Dinner is great, conversation is easy
- Tries to make the most of any date, regardless of whether she likes him or not
- Talked about real estate, stock market, London

- Had arranged a second date already on Monday at Nobu @ 57th
- Estimates they left at 7:45 pm, he paid w/ card.
- He had 2 glasses of red wine, 2 ~~rose~~ she has lychee martinis.
- Feels fine after those drinks, she normally doesn't drink much except while on dates.
→ only drinks if she's out for dinner, her friends don't drink much.
- Nervous on 1st dates, so she does drink
- Not feeling drinks much b/c she ate a lot.
- He said to waiter that he should bring out 6 of his favorite dishes
→ beef, sushi, pork, cod, fried veggies
- She liked them all
- he asks to go for a drink, he orders an uber, a lot of traffic (20-30 minutes to get down to Hotel Bar, Blue Fin)
- Take elevator to 7th floor, had roller bag w/ him from work which he drops off in room
- He had been kissing at dinner, only talking ~~at~~ in uber ↳ he initiates.
→ goes into room w/ him but nothing happens
→ she only goes in a few steps b/c they're going right out.
- He tells her he has a room at hotel while in uber.
- 4906 (Room #)
- 5 minutes in room before drink
- Go to bar, has another 2 lychee martini. He has 3 glasses of red wine
- ATM before going to bar; thinks he puts drink on room tab.
↳ Bank of America (50th + 8th ave?)

- Keep talking about similar things (food, travel, real estate)
- He says he'd divorced but ready to be w/ someone.
- Kissing at bar; little bit of kisses in b/n conversation — not making out.
- Nothing he said that raised any red flags.
- Not aggressive w/ kissing
- Went up to room after at ~10 pm
- She feels somewhat drunk but still very aware.
- He was also somewhat buzzed, "in good mood" but not drunk where he had no idea what he was doing.
- Can still walk/talk.
- More drinks than usual, about 3 ~~dd~~ drinks on dates usually, though.
- He ~~wa~~ says that he wanted to give her his business card w/ correct information, also has gift for her from Texas.
- This has happened to her before (getting gifts — perfume from guy that flew in from Maine, chocolates ...)
- She agrees.
- He makes reservation for Monday ^6:30 pm^ while at bar.
-
- Go into room, he puts silver thing on door
- He says, lets look at view / city skyline.
- Standing there, very quickly starts biting her lip / tongue + it hurts.
- She says "I don't like that", but he continues to do it. She pushes him away, says it's too aggressive.
- He pushes her down on bed.
- Puts his hand on her neck
- ~~&~~ He pulls down stockings, one finger in

vagina, another finger in butt.
- She says "I want to go home" (had said it while standing too)
- He says no you're not going home, "you're going to go down on me and then I'm going to fuck you in the ass"
- She's trying to get away, freaking out
- Says she needs to use the restroom, he agrees but he comes w/ her. Tries to get purse but he doesn't let her. He stands at bathroom door. Has no shoes/stockings on.
- Tries to make a run for it, but latch is on.
- She's screaming help, he comes after her, drags her to bed.
- She gets hotel ~~room~~ phone but doesn't know if she manages to dial anything.
- She's sitting on floor, he punches her 2-3 times
- Gets her up on bed + starts punching her
→ empties entire bag in hotel room, throws phone in corner. thinks about running again but doesn't think she'll make it.
- Comes back + punches her repeatedly saying "You're a bad girl, I'm going to kill you, you are going to die tonight"
- Gets on top of her, gets dress off, takes pants off, puts hands on throat, chokes her for a long while
- "I am going to kill you" while he stares at her intensely
- Stops choking her
- She Asks him if he still wants a blow job, he says not any more, now I'm going to kill you.
- She sees blood flying everywhere, thinking she really is going to die.

- Keeps telling herself she's going to survive, how can she get to her phone?

before bathroom → - When he tells her earlier he's going to fuck her in the ass, she says "Fuck you, you are not going to have me"

- ~~When she sees [illegible]~~
- She sees alarm clock while he's ~~[illegible]~~ punching her and it's 11:50
- She says "my daughter - babysitter is only there till midnight, I have to go"
- He says no you're not going home, I'm going to kill you
- Tells him please don't, her father is dead, she's going to be an orphan
- "Please don't kill me" over and over again.
- He stops for a while, she asks how much longer till she can go. She says she needs to text the baby sitter
- He ~~[illegible]~~ gets ~~a~~ her phone and asks her for her number + texts her to stay at 1 am.
- Then he tells her to go down on him, he flips her over and puts himself in her mouth.
- Tells her that if he doesn't cum this way, he's going to fuck her in the ass.
- He does cum and tells her to swallow
- He then tells her that she didn't tell her she had a daughter, they talk a little about her daughter
- He says, "don't forget I'm above the FBI so if you go to the police, I will find you + kill you" and daughter will go to social services.
- She tries to play along with it like she's dumb + doesn't know

- She thanks him for understanding. all she wants is to cuddle w/ her daughter.
- Tells her to go to bathroom and wash her face off, tells her to do it again
- Then he says "ok, I'll see you Monday night"
- He helps her w/ zipper of her dress + walks her out to the elevator.
- Makes sure he's not following her, has phone ready to call 911. Guy in elevator asks her if she's ok.
- Sees police car across the street before she dials 911
- PO calls for back up. She talks to a detective.
- She had not been able to get all of the stuff that had been dumped in the room
- Detective brings down her pink bag w/ ID.

- At first while kissing, he's hugging her around her arms.
- As soon as he ~~does the first~~ first bites her, she says, I want to leave, I'm going home
- She was surprised at his sudden aggression.
- He says that she's not leaving, still has his arms around ~~him~~ her.
- She says "I don't like it", he pushes her down onto bed* which is close to window where they were standing (window is at foot of bed)
  * end of it, closer to window.
- Space on either side of the bed
- Bathroom is by the door.
- very hard push onto bed straight down on her back, starts ~~p~~ choking her (can breathe but v. uncomfortable)
- ~~his~~ Other hand is used to pull down stockings + shoes off.

- She can still talk at this point, is saying she wants to go home.
- Starts freaking out, starts thinking about how she'll get out, he's crazy.
- He still has jeans on, he takes them off after she tries to escape.
- He moves his fingers around when he puts them into vagina/anus
- She's trying to get him off her, push him away.
- He's lying on top of her flat on her body.
- Starts threats after she tries to escape.
- Keeps door open while she's in bathroom, first he's facing her, then he turns to the side → not blocking entrance
- Bathroom is to the right once you come in.
- Short distance from bathroom to door of room (table's length).
- Goes right for handle, doesn't realize metal thing is on - he's already behind her. She screams very loudly
- He grabs her under her breasts. Locks door again. Brings her ~~to~~ next to bed, she's on the floor. Manages to get to phone but he's still grabbing her. ~~Room~~ screams help in case she dialed reception
- Starts punching her here. ← 4 punches to the face
- Puts hand on her mouth when she's screaming.
- Lifts her onto bed + starts telling her he's going to kill ~~y~~ her.
- First time he punches her she's in total shock; feels that he must've punched full force
- can't believe it's happening to her.
- At some point she snaps out of it and starts thinking that if she plays along maybe she'll get out alive (once getting to phone seems like

an unlikely option).
- Realizes that fighting back is not going to work.
- Thinks the story of her daughter will make her more sympathetic. She really feels it.
- She is thinking this is either life or death
- Choking happens soon after he puts her onto bed, w/ both hands.
→ cannot talk or breathe while it happens, still consious
- By the end she's out of it
→ looking at her in the eyes, like he's enjoying watching her die.
- He's lying on top of her while this is happening.
- his whole body is on the bed, he is not totally flat on her.
- Dress was off; takes it off before choking, bra too takes off his clothing (shirt is on, no pants/underwear)
- pulls dress off under her (not over her head)
- Dumps bag before he starts punching her on the bed
- Doesn't know why he stops choking her, continues punching her, makes up story about daughter
- once he texts baby sitter, he stops punching her.
- Comes back + tells her she's going to give him a blow job
- He's on his back, head on headboard, both on bed. He's not touching her while she's doing this.
- He's telling her that if he doesn't finish, he's going to fuck her in the ass so she's trying to get it done.
- Flips her over + sticks penis in mouth, almost sitting on her.
- Once he's done, only other thing he says is that he's connected w/ FBI.

- Zipper on dress goes up part of the way. She picks up all her stuff.

- Tells police that someone tried to kill her in 4906
- Doesn't really even think about the fact that she'd also been raped.
- She's worried about going to the police

- Penis was never in her vagina or anus. (just the fingers)

[illegible]

- ambulance comes, goes to hospital
- Calls Gabrielle, tells her something horrible had happened, be prepared for what she looks like. Calls her from outside hotel.
- She's present for entire examination in hospital
- Tells detective about sexual assault as well as doctor / nurse. Didn't use word "rape" - just tells whole story.
- Gabrielle's fiancée ^Mark knows what happened, friend Mono who lives in London, + friend Leslie from NY.
- Doesn't want to tell her sister or parents.

- Couldn't open her mouth until Saturday evening; still hard.
- can't chew yet, it hurts
- Throat is still very sore + locked up.

# Prosecution's handwritten notes dated June 24, 2016

Det Jones present

Meeting w/CW in office 6/24/16:

- no conversations about prior dates
- prior relationships - D didn't ask
  - D said married - now divorced
  - 3 kids - 2 girls, 1 boy
  - said it was recent - about 1yr divorced
- had CC's & cash on her night of date
  - approx $400.00
- at very end before left room D offered cash
  - when said see you Monday 6:30pm at Nobu
  - then offered cash - CW said no
    - thought weird that offered money
    - thought trying to pay her off bc had told her not to go to police
- dated a guy about 1.5yrs ago who would pay for everything - apartment, travel, bills, etc.
  - met on millionaire match
- real estate - flip properties
- store in Soho - retail space that rent out
- Nordic Beauty

# Prosecution's handwritten notes dated June 30, 2016

6/30/16 - CW interview
ADA: Baraiola

on record from defense attorney - CW replies Δ and she never communicated outsid SA.com
BDSM: CW says never discussed this, never been on website about it, "not looking good for him if that's his story" b/c married with children
100% no text, email, anything to show about BDSM mentions wishes video sound at a bar or restaurant to prove CW's pt.
chats w/ other men from CW talking abt. money + submission
CW says Δ never mentions BDSM or submission, "did not get a kick out of choking or being beaten - 100% no
- Δ said w/ ex-wife she didn't like blow jobs, mother of his children who is Indian. Also said not into anal.
on SA.com - show private photos. CW says never shared any private photos w/ Δ. Doesn't think she had any private pix on that profile - it would have been on website.
CW never emailed w/ Sanjay.
Δ texted CW that monday, no photos were exchanged.
SA.com msgs - $ per meet? = Q from ADAs
• CW says it's for money for travel or dinner
• Not money for sex, another website other ppl are on - bid back and forward for dates "pay for a date?"
CW said Thurs. a guy was gonna pay $500 for a jazz club date and then she would go home. from SA.com
Need to prove Δ is NewYorker2016 - CW's claim

Baraiola- does seem to be exchange for money + time - cw denies.
cw - Δ is first guy she met w/ on SA.com
just started w/ this, not active for 1 yr + . Activity started maybe 6 wks ago.
- never met anyone in past b/c millionaire match and Tinder seemed more serious or better, SA.com on back burner. (joined all around same time)
- didn't log on for at least 1 year
cw focuses on match b/c she wants a long relationship
- together 8 yrs w/ ex-husband, married 6
started relationship w/ him paying bills + personal travel
- met him in 2005, divorced 2015, sep 4 yrs though
Tinder cw has never done anything on Millionaire match and match. been on many dates, never recieved any money though
Δ incident date - supposed to meet another SA.com guy at ten o'clock
CW's discussions about money are just in exchange for time.
- never on past dates has it resulted in hook-ups
- through match got a gift from guy from Boston, but didn't even go back to his hotel
another got Godiva chocolates
- ex sent box of wine + Godiva chocolates
Never been online before divorce.

Why SA.com? Money is not NOT an issue.
- cw knows someone who met a good guy (married) on that site, guy took care of friend
- cw thinks guy should always pay dinner, travel etc. wants someone to pay rent

- chemistry means laughing, stories, smiles - NOT sex
- why should she be paid?
- cw doesn't see money for time = money for sex, she says turns down offers of "Bergdorfs" for looking for love

Reputation of SA.com is sugar daddy/baby
- cw says "yes, looking for someone to take care of her" if 99% want something else - she wants 1% ← long term

Why that website? She didn't read the rules of the site.
- knows another lady who met a great guy on Tinder, so six wks ago decided to try various sites; "active" on SA.

KB: "Based on past messages you know what website's about"
- "No there can be serious relationships" - cw

→ Deserves extra money for time, sometimes 6+ hours of her day is spent on a date. Nice to get $3-400 for those hours. "Maybe if more $" it could "seem" like sex.

"If want serious relationship - why would you get paid for going on a date - 2 ideas are inconsistent" - KB
- cw "it is what it is" ← admits looking to be paid for time - dinner + drinks
"I am NOT to have sex though"

"Ideally, looking for serious relationship, maybe not on SA.com" - SA.com only site EVER discussed $ for time.

cw says won't find anything like $ for time on other sites.
$10,000 for 1 month - message cw sent on SA.com
↑ - cw "don't know something sexual would happen.
doesn't agree that it's an expectation sex ⟷ $
don't think man expects it. Might happen after a few nights if we agree"
- Probably wouldn't have gone unless $ upfront
- wouldn't have sex only b/c of expectations only if she wanted to.

cw - "you want me to say - I'd ideally have dinner + drinks and get paid from SA.com. whereas on match I go on dates w/o discussing money + I want serious relationship."
- At end of day she's always hoping for a longterm
- ex was similar to a sugar daddy - liked that

cw has never gotten paid, has gone on a lot of dates over the years as we will see to find a relationship

why SA or Tinder?
- Tinder - reputation is Hook-up for sex (cw acknowledges) but lady in bldg had success + Hillary Duff on Tinder
- SA: a couple ppl met there, engaged/married to successfu[l] guys. why put all eggs in one basket? wanted to max chances of relationship.

Rather not say how cw marriage ended - only her side of the story we'd get. Still loves him/her BFF.
- hard for her to talk about, she wanted divorce
- probably should had forgiven him and stayed in the marriage. cw [illegible]ies, still loves him.

Tried to get back together (one yr. after separation), but CW couldn't do it.

Only had 3 long-term relationships (no other serious relations)

- 4 or 5 months w/ a guy from millionaire, though. He'd fly her out to him, visit her at her place in Florida. ended b/c of distance + didn't like too much.

The Night Of:

Enjoying dinner and bar w/ Δ.

- CW used to live in London, Δ is there 1wk/mo. for work.

details learned from CW:
- Not much talk of business - finance/real estate
- Harvard graduate
- Dallas + NY, in hotel b/c looking for new place NYC
- kids, CW doesn't even know ages 2 girls, 1 boy

- close w/ brother in NJ

Talk of Δ's ex-wife's sexual preferences

- replied "wow, kinda crazy" about ex-w not like BJs
- (CW) She never told Δ her sexual preferences

Δ didn't ask many Qs of CW

- didn't ask if had been married
- mainly travel, food, restaurant ← knows Scandanavian
- 79th St. upper west btwn Columbus + Amsterdam is the CW's address - he asked

Laughing, kissing, flirting @ bar - chemistry

Tried to give her $ when leaving room after assault. he was nervous about CW going to police.

CW never talked to Δ on phone - Δ only saw profile and some texts

~~[illegible]~~

At bar Δ said he brought present from TX for cw and wanted to give her a business card to prove he went to Harvard. 7th floor of W Hotel was the room location.

-Had been up to hotel room before when he put suitcase away, unthreatening experience.

Zuma → cw 3 mins late, ~~[illegible]~~ Δ had checked his bag Δ ubered both back to hotel bar b/c chemistry, cw agreed kissed at dinner, Δ a little stressed in uber from traffic, directing driver (he knew city well - said he spend ½ his time here, lost NY apt in divorce).

Doesn't like to ask men about work b/c she doesn't like when ppl ask her

First thing at Hotel bar - went to room. cw stood by door, he put case away, got something out. No kissing or anything in room or anything. Went down to bar.

At bar for about 2 hours. Doesn't tell what present was, cw more interested in business card so she could google.

-Hadn't asked for last name, she wouldn't like that.

- He doesn't even know cw's full name and he mispronounced it as Martha. She didn't correct him.

cw did tell she has a dog, not breed or anything.

Δ never asked about children or family.

Before Δ let cw go, he said "don't forget, you're probably illegal and what would happen to your daughter" cw went along w/ it so Δ may think she's legal, has 5 yr old daughter and dad died.

Δ never gave a gift or business card in the room.
"naughty, take care of man" talk about money - revisit it.
- lots of comm. about what she's willing to do "sexy, take care of man, make you a priority" - monthly $
- Δ could not have seen these "messages," but it's
Lucey comment → possible he has another profile he also talks to her w/
CW: never discussed what a monthly arrangement w/ Δ would be. Even though kissing, money never came up. wasn't expecting money in room - didn't think that would be the gift. CW never asked what it would be.
CW not into S&M, she thought she was going to die
- she was way past the point of consensual sex, and she never consented to ANY sex
- never, ever, had rough sex w/ any one.
- "submissive", in her idea of the word, doesn't refer to an S&M relationship. It's a guy taking charge.
Lucey: You need to acknowledge negotiating money for something or jury will never believe parts of your story.
Say why you're really on SA.com.
Prove CW is credible, accurate, honest, that you should be credited over Δ.
CW never had rough sex, been choked or slapped. EVER.
- ~~neither~~
CW needs that ADAs fight for her like she's your sis/friend.
- She was homeless for 3 wks when she came here
- KB will never judge.

Assume Δ knows who cw is, cw "I'm not worried about what there is he can find out"
- Not going to be able to discredit cw, in her opinion
- No smoking gun the defense could have

cw did an arbitration against guy she'd paid $13,000 upfront to for Nordic Beauty website design. cw won.
- Has received calls from Private investigator, "will listen, but will not be talking" will tell KB.
- cw doesn't pick up "private" numbers though. Recieves them at 11 pm, 1 am.

cw has turned off only number Δ has, only # w/ missed calls on it. All other matches she's told - "sorry, no" since incident. Got phone # for dating.

No one in building knows about incident, will ask super/doorman to let her know if ppl inquire.

cw inactive on seeking arrangement now.

emailed texted at 1 am. on day of Δ bail.

cw wants this to go to trial. (KB thinks plea LESS likely) state prison unfavorable
- even if it was an agreement, it shouldn't matter no one deserved that treatment - even if they were into BDSM

Phone Sanjay contacted cw on she has, it's off, nothing deleted
KB: plz bring it next time you (cw) come down

millionaire match: nordicbeautyNYC (username)
[redacted] (password)
↑ hasn't been on in maybe 5 months

match.com: NYCPalmbeachCA (ID)
↑ maybe active for 6 weeks

Tinder was not properly registered, no username/info from CW.

CW VACATION
7/6 - 8/1 or 2: hasn't booked return ticket yet



9

# Prosecution's handwritten notes dated June 30, 2016 with original redactions created by prosecutors

6/30/16 - CW interview

ADA: Baraiola

On record from defense attorney - CW replies Δ and she never communicated outsid SA.com

BDSM: CW says never discussed this, never been on website about it. "not looking good for him if thats his story" b/c married with children

100% no text, email, anything to show about BDSM mentions wishes video sound at a bar or restaurant to prove CW's pt.

[redacted]

CW says Δ never mentions BDSM or submission, "did not get a kick out of choking or being beaten - 100% no

- Δ said w/ ex-wife she didn't like blow jobs, mother of his children who is Indian. Also said not into anal.

On SA.com - show private photos. CW says never shared any private photos w/ Δ. Doesn't think she had any private pix on that profile - it would have been on website.

CW never emailed w/ Sanjay.

Δ texted CW that Monday, no photos were exchanged.

SA.com msgs - $ per meet? - ① from ADAs

* CW says it's for money for travel or dinner
* Not money for sex. [redacted]

Need to prove Δ is NewYorker2016 - CW's claim

Baralola - does seem to be exchange for money + time - cw denies.
cw - Δ is first guy she met w/ on SA.com
just started w/ this, not active for 1 yr +. Activity started maybe 6 wks ago.
- never met anyone in past b/c [redacted] and [redacted] seemed more serious or better. SA.com on back burner (joined all around same time)
- didn't log on for at least 1 year
cw focuses on [redacted] b/c she wants a long relationship
- together 8 yrs w/ ex-husband, married 6
started relationship w/ him paying bills + personal travel
- met him in 2005, divorced 2015, sep. 4 yrs though

[redacted]

Δ incident date - supposed to meet another SA.com guy at ten o'clock
CW's discussions about money are just in exchange for time.

[redacted]

Never been online before divorce.



2

Why SA.com? Money is ~~not~~ NOT an issue.

- cw knows someone who met a good guy (married) on that site, guy took care of friend
- cw thinks guy should always pay dinner, travel etc.
  wants someone to pay rent

chemistry means laughing, stories, smiles - NOT sex
- why should she be paid?
- (cw) doesn't see money for time = money for sex, she says turns down offers of "Bergdorfs" for looking for love

Reputation of SA.com is sugar daddy/baby
- cw says "yes, looking for someone to take care of her" if 99% want something else - she wants 1% ← long term

Why that website? She didn't read the rules of the site.
- knows another lady who met a great guy [redacted] on active SA.

KB: [redacted] you know what website's about"
- "No there can be serious relationships" - cw

Deserves extra money for time, sometimes 6+ hours of her day is spent on a date. Nice to get $3-400 for those hours. "maybe if more $" it could "seem" like SA.

[redacted]

- cw "it is what it is" ← admits looking to be paid for time - dinner + drinks
  "I am NOT to have sex though"

"Ideally, looking for serious relationship, maybe not on SA.com" - SA.com only site EVER discussed $ for time.

CW says won't find anything like $ for time on other sites.
[redacted]
- CW "don't know something sexual would happen. don't think man expects it. might happen after a few nights if we agree"
- Probably wouldn't have gone unless $ upfront
- Wouldn't have sex only b/c of expectations only if she wanted to.

CW- "You want me to say - I'd ideally have dinner + drinks and get paid from SA.com. whereas on [redacted] I go on dates w/o discussing money + I want serious relationship."
- At end of day she's always hoping for a long term
[redacted]

CW has never gotten paid, has gone on a lot of dates over the years as we will see to find a relationship
Why SA or [redacted]
[redacted]
- SA: a couple ppl met there, engaged/married to successful guys. Why put all eggs in one basket? wanted to max. chances of relationship.
[redacted]



4

[redacted]

The Night of:

Enjoying dinner and bar w/ Δ.

- cw used to live in London. Δ is there ~~for~~ 1wk/mo. for work.
- Not much talk of business - finance/real estate
- Harvard graduate
- Dallas + NY, in hotel b/c looking for new place NYC
- kids, cw doesn't even know ages 2 girls, 1 boy
- close w/ brother in NJ

(details learned from cw)

Talk of Δ's ex-wife's sexual preferences

- replied "wow, kinda crazy" about ex-w not like BJs
- (cw) She never told Δ her sexual preferences

Δ didn't ask many Qs of cw

- didn't ask if had been married
- mainly travel, food, restaurant ← knows Scandanavian
- [redacted] is the cw's address - he asked

Laughing, kissing, flirting @ bar - chemistry

Tried to give her $ when leaving room after assault, he was nervous about cw going to police.

CW never talked to Δ on phone - Δ only saw profile and some texts

~~[illegible]~~

At bar Δ said he brought present from Tx for cw and wanted to give her a business card to prove he went to Harvard. 7th floor of W. Hotel was the room location.

Had been up to hotel room before when he put suitcase away, unthreatening experience.

Zuma → cw 3 mins late, Δ had checked his bag

Δ ubered both back to hotel bar b/c chemistry, cw agreed kissed at dinner. Δ a little stressed in uber from traffic, directing driver (he knew city well - said he spend ½ his time here, lost NY apt in divorce).

Doesn't like to ask men about work b/c she doesn't like when ppl ask her

First thing at hotel bar - went to room. cw stood by door he put case away, got something out. No kissing or anything in room or anything. Went down to bar.

At bar for about 2 hours. Doesn't tell what present was, cw more interested in business card so she could google

- Hadn't asked for last name, she wouldn't like that.
- He doesn't even know cw's full name and he mispronounced it as Martha. She didn't correct him.

cw did tell she has a dog, not breed or anything.

Δ never asked about children or family.

Before Δ let cw go, he said "don't forget, you're probably illegal and what would happen to your daughter" cw went along w/ it so Δ may think she's legal. has 5 yr old daughter and dad died.

Δ never gave a gift or business card in the room.

[redacted]

CW: never discussed what a monthly arrangement w/ Δ would be. Even though kissing, money never came up. wasn't expecting money in room - didn't think that would be the gift. CW never asked what it would be.

CW not into S&M, she thought she was going to die

- she was way past the point of consensual sex, and she never consented to ANY sex
- never, ever, had rough sex w/ any one.
- "submissive", in her idea of the word, doesn't refer to an S&M relationship. It's a guy taking charge.

[redacted]

CW never had rough sex, been choked or slapped. EVER.

- ~~[illegible]~~

CW needs that ADAs fight for her like she's your sis/friend.

- She was homeless for 3 wks when she came here
- KB will never judge.

7

Assume Δ knows who cw is. cw "I'm not worried about what there is he can find out"
- Not going to be able to discredit cw, in her opinion
- No smoking gun the defense could have

[redacted]

- Has received calls from Private investigator. "will listen, but will not be talking" will tell KB.
- cw doesn't pick up "private" numbers though. Recieves them at 11 pm. 1 am.

cw has turned off only number Δ has, only # w/ missed calls on it. All other matches she's told - "sorry, no" since incident. Got phone # for dating.

No one in building knows about incident, will ask super/doorman to let her know if ppl inquire.

cw inactive on seeking arrangement now.

cw wants this to go to trial. (KB thinks plea less likely) ~~state prison unfavorable~~

- even if it was an agreement, it shouldn't matter no one deserved that treatment - even if they were into BDSM.

emailed ~~texted at~~ 1 am. on day of Δ bail.

Phone Sanjay contacted cw on she has, it's off, nothing deleted

KB: plz bring it next time you (cw) come down

[redacted]