ADA Kristen Baraiola Interview - 8/30/2022
Memorialized by Karina Patel

- ADA Baraiola asked how familiar she was with the Florida case
  - ADA Anania provided overview/facts of the Florida case
  - ADA Baraiola doesn't specifically remember asking CW about it, but "must've asked"
  - Spoke to the ADA in Florida who sent deposition transcript and police reports
- Re location of stockings
  - The stockings were put into evidence
  - Investigator Mark Worthington said the stockings were returned to the office
  - ADA Baraiola gave the stockings to a paralegal to return to the NYPD
    - Paralegal is likely no longer here and she doesn't remember the name
  - ADA Baraiola not told there was any issue returning the stockings
- Messages (ex parte)
  - When asked whether defense knew that an ex parte application was made from the get go, ADA Baraiola stated she thinks she sent a letter saying they sent some materials for ex parte review
  - The text messages given to Judge for review were the version that was created by a DANY analyst; a version was made that was "conversation mode" and easier to follow for purposes of review
- Tripathy's Bank of America records
  - ADA Anania showed ADA Baraiola the records containing highlighted rows indicating cash withdrawals
  - ADA Baraiola could not remember if she or someone else made the highlights
  - ADA Anania showed ADA Baraiola a cash withdrawal on 6/13 that was not highlighted indicating it was consistent with Tripathy's testimony of having been to the ATM before
    - ADA Baraiola could not recall why that withdrawal was not highlighted
- Interviews with CW
  - 6/20
    - The office did not appear to be in possession of the Seeking Arrangement messages at that time
  - 6/30
    - ADA Baraiola asks questions pertaining to the messages
    - ADA Anania asked ADA Baraiola what she was thinking through the course of the interview
      - ADA Baraiola doesn't remember the substance of the interview
      - She knows they talked about the messages a few times, but she doesn't remember what they said
    - Things said by CW that were untrue
      - She said she was not looking to get paid for sex
        - ADA Baraiola doesn't remember conversation

        - She said submissive doesn't have to do with sadomasochism
            - ADA Baraiola has no recollection
- Niki Blumberg stated 4 ADAs vetted/met with the CW
    - ADA Baraiola remembers supervisors being present during meetings/interviews
- When asked: were the messages versus what CW was saying troubling, ADA Baraiola stated she doesn't remember without looking
- Remembers asking tough questions
- She wouldn't have gone to trial if she didn't think CW was sexually assaulted
- When asked: did you question the severity of the assault (CW claims punched 15-25 times)
    - ADA Baraiola stated her "face looked really bad"
    - There was blood in the hotel
- She remembers CW telling her the assault happened while trying to leave
- Re lock interrogation
    - ADA Anania informed ADA Baraiola that CW never testified about the door locking twice, but it was mentioned during summation as being CW testimony
    - ADA Baraiola thinks CW said she didn't realize it was locked until she tried to leave
- Re Tasha Sullivan (ear witness)
    - ADA Baraiola doesn't remember what she says
    - ADA Anania indicates that Sullivan's timeline is consistent with Tripathy's version of events, not CW's
    - ADA Baraiola just remembers it was hard to find Sullivan
- Re amylase testimony
    - ADA Anania states the presumptive saliva on CW's vulva doesn't corroborate her story, but corroborates Tripathy's
    - ADA Baraiola has no memory of talking to CW about it
- ADA Baraiola never spoke to Tripathy
    - Just knew his defense was BDSM
- Breaking during trial re messages
    - CW was on cross when Judge stopped examination and ADA Baraiola approached and had a conversation with Judge
    - ADA Baraiola doesn't remember the discussion at the bench
    - ADA Baraiola doesn't remember how CW reacted or the conversation that took place in the robing room
- What's Your Price messages
    - Defense had said CW was on different websites and DANY asked her about them
        - ADA Baraiola maybe remembers CW being on a "more normal" dating site
- ADA Baraiola remembers the defense investigator "really digging around"
- ADA Baraiola remembers CW said things differently because she was from Norway
    - "latch" vs "hatch"
- ADA Baraiola and CW were in regular contact at the beginning
    - CW claimed she was terrified he'd come and get her
    - ADA Baraiola said CW was afraid to leave her house for a period of time

  - CW wanted to be kept up to date
  - CW's friend Gabrielle also kept in touch with ADA Baraiola
- ADA Baraiola remembers Googling BDSM
- When CW asked what she meant about submissive, she said "man takes charge"
- When they confronted CW, there was consensus that she was a victim
- ADA Baraiola was provided with the trial transcript and various other materials to review to refresh her memory, as well as questions to answer