M[redacted] R[redacted] Interview November 21, 2022
Memorialized by Karina Patel

- In attendance: ADA Sheryl Anania, Investigative Analyst Karina Patel
- [redacted] started a new company selling tequila
  - She started designing the bottle right around COVID, but there were delays due to COVID
- She has not been in touch with prosecutors since sentencing
- She was only in contact with ADAs Kristen Baraiola and Martha Bashford during trial (Martha was only a little bit, mostly Kristen)
  - Not a good relationship with Kristen
  - Lack of communication
  - Things weren't explained that she wished she'd have known, "like warnings on things"
  - She was in shock; she doesn't remember them telling her that everything she said was going to be turned over to the defense
  - In shock for several months
  - "Everything you're telling us now is going to the other side"; doesn't think they said any of that
  - Doesn't know if it would've made a difference knowing that everything she said was going to defense
  - Realized quickly "no one is on my side"
    - "So against me"
    - Her friend, Gabrielle, felt the same way
    - When asked why she felt everyone was against her: "Just because of the situation"
      - Because of the way it happened, they really just always looked at her as "less" because of how it all was
      - Felt they were judging her from the beginning, including the police officer
      - From the very beginning, when she ran to police truck right away and told the policewoman what had happened and what website she met Tripathy on, the policewoman was like "so you're a prostitute"
      - Only exception was detective (main detective, can't remember name)
      - Doesn't think prostitutes, drug addicts, homeless people, should be put in a separate category
- Text messages meeting
  - Doesn't think they told her what would happen to the messages or prep her for her testimony
  - Prosecutors said they were only turning over the messages between her and Tripathy
  - There was no discussion regarding showing the rest of her messages to a judge
  - Martha, Kristen and 1 or 2 other people there
- Her jaw was locked after the incident, she could barely open up mouth for a few days
- Doesn't remember when the judgment from the prosecutors started, but early on, maybe from first meeting, but also maybe text messages meeting
- Only went in one other time, right before trial
  - Kristen and Martha attended
  - There was no testimony preparation

    - Didn't talk about possible questions for direct or cross
    - Kristen was "running around," would never answer texts or phone calls
        - Friend, Gabrielle, felt the same way; Gabrielle also could never get ahold of Kristen
    - Coming forward and testifying was already a difficult thing to do, "so frustrating dealing with Kristen as well"
- Marcy (last name?) and Brianna Coakley handled the Florida case
    - Brianna is handling the retrial
    - She thinks Marcy is in a different division now
- Told the first person who was on her Florida case what had happened in NY case (not Brianna or Marcy)
    - She felt it was going to be important to say
    - She again had reached out to Kristen, but Kristen never got back to her
    - She told the State Attorney that she'd tried to reach out to Kristen; State Attorney said "don't worry about it, we'll reach out to Kristen in NY"
- Relationship with attorneys in Florida
    - A little better than NY
- She realized defendants can hire the best attorneys and she can't; she tried to look around for one for a while (Joe Tacopina)
- Surrounds herself with very few people
    - The ones she does surround herself with, she likes to build communication; she wants them to be reliable
- Florida deposition
    - No preparation at all for it by the State Attorneys
- NY defense attorney (Rothman) went to Florida to watch the Kitchings trial
- When asked how Rothman treated her during the trial:
    - Rothman treated her "fine" during trial
    - Rothman apologized to her in the middle of the trial
    - She claims Rothman stated his wife said "what happened is awful"
    - This happened while she was waiting for the verdict to come down
    - A guy from the NY Post had just approached her and asked if he could interview her and write something; she said absolutely not and that maybe she'd consider after she's won the case but she doubted it
    - Then Rothman came over and relayed his wife's message
- Break during trial re messages
    - Martha and Kristen told her what to say
        - Couldn't elaborate too much on this
    - KP note: seemed as if they showed her a message directly related to the question she was asked prior to the break in the cross and Martha and Kristen said "so it's a yes" to her with regard to the question, but she couldn't remember what else they told her to say
    - They showed her a message, doesn't remember exactly which message
    - Can't remember what she answered when she went back on the stand
- In months leading up to trial, she doesn't think the prosecutors showed her the messages between her and the other men "a whole lot"
    - Thinks they said from the beginning the messages wouldn't come out, so they didn't focus a lot on them

  - Thinks Kristen said they wouldn't be shown or put into evidence
- [redacted] asked if they'd be allowed to bring in the messages for a new trial
  - ADA Anania: They might
- [redacted] thinks they weren't allowed to use them in the Florida deposition
  - ADA Anania explains it's possible if it's a statement about the NY case
- [redacted] thinks there was a flaw in the system and she should be allowed to sue NY because the messages should've been sealed and the appellate attorney should've never gotten them
- No one from our office ever told her what Tripathy said happened during his testimony
  - From what she understood, he never took any fault
  - ADA Anania explains Tripathy's version of events
  - Doesn't think anyone told her about "naughty secretary" scenario
  - ADA Anania states Tripathy apologizes for the physical assault on the stand, but said the sex was consensual
  - KP and ADA Anania note: [redacted] did not refute what ADA Anania stated Tripathy alleged on the stand or provide her version of events
- She asked about the court date on Tuesday, 11/22
  - ADA Anania explained the conviction will be vacated and original charges will stand as though he hasn't been tried; no decision yet as to what the office will do regarding retrial
- [redacted] was in the courtroom for sentencing, not summation
- It's all "shocking" to her
- Sees this as kind of a good thing; "If it's a new trial, new case, he could get 20 years"
  - "He should've gotten 20  25 years, easy"
  - Thinks he didn't get nearly enough time
- Interesting this could happen for him since he hired Frank; that's his fault that he hired a bad attorney
  - Especially because she didn't have an attorney looking out for her; would've had a better chance with Tacopina or someone else
- She thinks he would get longer if he went back to retrial; would get longer in jail which would be "awesome," but she knows how much stress and how brutal it is for her, and how scary it is
- Been on and off therapy
  - Not much time to attend therapy anymore with the tequila business
- Saw 3 or 4 different therapists at one point, weekly, 2  3 times a week
  - Crime Victim Center in lower Manhattan was one of them
- Therapy really goes in periods; if she had more time, she would go more often
- Her dog has been  1 in the healing process; the most helpful
- She always felt he didn't get enough time; she knows they'll convict him on rape and strangulation and all the things he did; he should get minimum of 15 years for sure, but how many more years of her life should she spend doing this
- Florida case
  - She has no idea what the timeline for that retrial is
- When talking about pink purse left behind in hotel room:
  - I clearly ran out because I was going to die
  - I was screaming on the top of my lungs
  - Did you see the blood all over the room or did he have time to clean it up?
  - I was running for my life
  - With someone punching and strangling you when you think you're going to die

  - I still have nightmares
  - I am not living a normal life
  - I've gained 90 100 pounds
  - I'm never dating again
  - I'm scared of men
- When asked how she left the room, she said "well you read the whole thing"
  - ADA Anania says there was testimony of Tripathy walking her to the elevator and she said "yeah," agreeing that's how she left
- Asks why his SeekingArrangement messages won't be brought in; she thinks there could be things in those that would work against him
  - ADA Anania explains that Tripathy admits to everything in his messages (paying women for sex, BDSM, etc.) so they wouldn't necessarily be harmful
- "I almost died in that room" "If I didn't make up a story about a daughter with a babysitter, I would've died in that room"
  - That's when he stopped hitting her a little
- She has no doubt that he'll get more time if there's a retrial
- "If anyone sees those pictures, if anyone has a sister, daughter, it's shocking seeing those pictures"
- "To think you're going to die, that someone is going to kill you, you'll never be the same again"
- "Maybe it's a good thing" this is happening
- "He should've also gotten attempted murder" but that needs to be planned so that's why she thinks there was no attempt murder charge
- Judge did not give him enough time; something she's struggling with too
- She said it doesn't sound like he's going to take a plea deal anyways
  - Thinks he was offered that early on and he didn't take it
  - Plea to assault isn't going to work for her
  - He needs to be found guilty on all the charges
- Maybe she'll bring in her own attorney for help
- "It's insane victims don't have their own attorney"
- Doesn't think ear witness, Tasha Sullivan, got the time right
  - She's been learning that people don't get times right, except for her dad ("if my dad says it's 7:35, then it's 7:35"), but other people should give a 30-minute window
- She's never going to accept any misdemeanors; he should be locked up for the rest of his life, until the day he dies
- Says she's read online that he's trying to get out for different reasons
  - He claimed he had a heart attack in 2015 so he should be let out
  - He claimed he needs to get out because COVID
  - Tried to get out because mixed meat in kitchen, which went against his religion
  - "Sounds like he'll try anything to get out"
- Knows she has no say because she's never had a say in the cases (NY or FL), but she's not agreeing to him taking anything less
- There are constantly times when she thinks she sees him
- Re oral sex:
  - Doesn't remember if prosecutors discussed him performing oral sex on her
  - Doesn't even remember if it happened, was just focused on getting out of there
  - He was almost able to punch and strangle her to death

  - She did whatever she had to do, she doesn't even remember what that was
  - She was just left with shock that someone tried to kill her, doesn't remember color of clothing or anything
- When asked why he tried to kill her
  - Because she wanted to leave early on
  - Can't believe she didn't see he was a monster, even from dinner
- Wonders why she didn't leave at bar
  - When asked if anything happened during dinner/bar to alert her that he was a monster, she said no, that he just spent a long time in the bathroom, but that's happened on dates before
- Stockings
  - Doesn't remember if Kristen asked her about stockings in both cases
  - Says Tripathy didn't insert his fingers into her vagina through the stockings under the table
- She's not sure if Kristen asked a whole lot about what happened in the Florida case
- ADA Anania stated the stockings couldn't be found, but there are photos of them
  - [redacted] stated they took her dress as well; she wouldn't be surprised if that was ripped too
- She doesn't think anyone asked her about him fingering her through the stockings at the bar
- "I know they're going to try everything but when there's a brutal monster out there, I can't on my conscience let him go free"
- "Absolutely" doesn't want to go through trial again, but "absolutely can't have monster on the streets"; "he deserves to die in prison"
- She doesn't want to do either of the cases, but what is she supposed to do, she can't have them out there
  - Therapist advised against her testifying
- She is constantly living in fight or flight, never feeling safe
- This therapist is more spiritual than others she's had before
- DA's social worker
  - 1st time was in 1 Hogan (maybe Ashley)
  - 2nd time was in Harlem office (Mayra)
- Had boyfriend, Luke, a few months after Tripathy
  - She was in a relationship with Luke during the Florida incident
- She was doing better when she had a boyfriend and she was in a lot of therapy then
- She kept breaking up with her boyfriend on and off; she has no clue why he stayed with her, he was younger too
  - "They all called him," including Rothman
  - Luke told her people were contacting him
  - He said a few months ago, someone had tried to reach out to him
  - Luke never answered or returned any calls; never spoke with anyone
- In the last year, being out working again, she's been better for sure; there are worse times too
  - "Definitely a roller coaster"
  - Tries to do as many social things as she can, even though she doesn't want to; she'd rather spend every evening at home with her dog
- She hadn't been through any traumatic situations before this
  - No therapy before this
  - Only thing was when her other dog died

  - She loves dogs
- Gabrielle
  - In NY/NJ (house in NJ and apartment in NY)
  - Would consider Gabrielle her best friend
  - She always said don't do any of it, "you don't have to do this to help other women"
  - "Don't be your charity [redacted] right now; put all of that aside and think of yourself for once"
  - Gabrielle would've never done it
  - Gabrielle is going to say "you're crazy to even consider going through it all again"
  - She thinks she "wastes Gabrielle's time to be in this mindset all the time"
- She has some friends who have empathy and compassion, and there are others with other good sides (business advice; cases like this when you know someone is good-hearted)
- Florida office didn't seem to have anyone for her to speak to like the NY office did
  - She asked about it early on
  - She's just been paying out of pocket for therapy
- She saw Gabrielle's therapist in NY
  - She was terrified to leave her house at one point
  - If not for her dog, she would not have left the house
  - Gabrielle's therapist was 3 blocks away on UWS; it was easier instead of going down to Hogan or up to Harlem for mental health services provided by DANY
- She stayed at a mental health facility for a week or 10 days
  - This facility is where her current therapist is
  - They don't just offer therapy at this facility, but also nutrition and other things
  - Her current therapist is more spiritual and holistic than others
- Crime Victim Center was a really good experience
  - Acupuncture and meditation were also free there
- When asked about meeting with Tacopina
  - She wasn't trying to bring a lawsuit against Tripathy
  - Just talked to them when she realized no one was on her side and wanted to get some advice
  - They didn't think she needed an attorney
- "Totally should have brought a lawsuit" against Tripathy because he "clearly has money," but she's not going to
- She's never going to agree to any of the lesser charges or anything like that
- When asked about OOP
  - She doesn't want her name on anything
  - Wants OOP without her name filed; she doesn't want her name public

ADA Anania will call her following the court date on November 22nd, and will additionally contact her the week after the Thanksgiving holiday to touch base and provide any additional updates/hear any additional thoughts from [redacted]