SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: CRIMINAL TERM

----------------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,

-against-

SANJAY TRIPATHY,

Defendant.

----------------------------------------------------------------x

RESPONSE TO DEFENDANT'S MOTION TO VACATE CONVICTION PURSUANT TO CPL § 440.10(1)(h)

Indictment Number 02720/2016

SHERYL ANANIA, an attorney duly admitted to practice in the courts of the State of New York, hereby states, under penalty of perjury, upon information and belief, that the following is true:

1. I am an Assistant District Attorney in the New York County District Attorney's Office. I am fully familiar with the facts and circumstances of this case. This affirmation is submitted in response to defendant's motion pursuant to CPL § 440.10(1)(h).
2. The People agree that defendant's conviction should be vacated on the ground that his trial counsel provided ineffective assistance of counsel under the United States and New York State Constitutions.
3. The People concede that defense counsel was ineffective in failing to demand disclosure of the SeekingArrangement.com text messages at the point they were used to refresh the complainant's recollection during her trial testimony and out of view from the jury and defense counsel. As a result, the complainant's credibility was unable to be fairly challenged, resulting in prejudice to the defendant, requiring that his conviction be vacated.
4. Had the text messages been provided to defense counsel so that he could properly challenge the complainant's trial testimony, there was a reasonable probability that he would not have been convicted of the charges.

WHEREFORE, the People request that the defendant's judgment of conviction in the above captioned case be vacated.

Respectfully submitted,

Sheryl Anania
Assistant District Attorney
New York County District Attorney's Office

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

**THE PEOPLE OF THE STATE OF NEW YORK**

**-against-**

**SANJAY TRIPATHY,**

**Defendant.**

**Indictment Number 02720/2016**

# RESPONSE TO DEFENDANT'S MOTION TO VACATE PURSUANT TO CPL § 440.10(1)(h)

**Alvin L. Bragg, Jr.**
**District Attorney**
**New York County**
**One Hogan Place**
**New York, New York 10013**
**(212) 335-9000**