**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
**ONE HOGAN PLACE**
**New York, N. Y. 10013**
**(212) 335-9000**

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

Via U.S. Mail and E-Mail
Sanjay Tripathy
2013 Jadewood Dr.
Morrisville, NC 27560
sanjay.tripathy@gmail.com

April 16, 2026
Re: People v. Tripathy
Ind. No. 71584/2024

Dear Mr. Tripathy,

I write in response to your supplemental submission for reconsideration, dated April 8, 2026, regarding your 2024 conviction and request to review your case.

After reviewing your recent email submission, prior letter, and all the supporting materials, we were unable to identify any factual or legal claims that our unit could pursue that would lead to a change in the outcome of your case. No new evidence or claims were raised in your recent supplemental submission.

This is a final determination by the District Attorney's Office. PCJU will not review this case any further and will not consider any additional requests or applications. You may have further rights to litigate your case in Court.

Sincerely,

Karina Patel
Supervisor
Post-Conviction Justice Unit

**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
**ONE HOGAN PLACE**
**New York, N. Y. 10013**
**(212) 335-9000**

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

Via U.S. Mail and E-Mail
Sanjay Tripathy
2013 Jadewood Dr.
Morrisville, NC 27560
sanjay.tripathy@gmail.com

April 6, 2026
Re: People v. Tripathy
Ind. No. 71584/2024

Dear Mr. Tripathy,

I write in response to your application, dated January 21, 2026, regarding your 2024 conviction and request to review your case.

We have examined the claims you raised relating to your conviction. After reviewing your letter and the supporting materials, we were unable to identify any factual or legal claims that our unit could investigate that would lead to a change in the outcome of your case.

This is a determination by the District Attorney's Office. You may have further rights to litigate your case in Court.

Sincerely,

Karina Patel
Supervisor
Post-Conviction Justice Unit