UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SANJAY TRIPATHY,
Plaintiff,

**Case No. 1:25-cv-06465-AT-JW**

-against-

THE CITY OF NEW YORK; KRISTEN BARAIOLA; MARTHA BASHFORD; NICOLE BLUMBERG; SHANNON LUCEY; and METTE RISDAL,
Defendants.

Request GRANTED. Plaintiff is also directed to file redacted versions of Exhibits 3 and 17 by July 7, 2026. SO ORDERED.

JENNIFER E. WILLIS
United States Magistrate Judge
July 6, 2026

LETTER MOTION FOR LEAVE TO FILE EXHIB
AMENDED COMPLAINT UN

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Willis:

Plaintiff Sanjay Tripathy, appearing pro se, respectfully submits this letter motion for clarification and endorsement of a narrow sealing request concerning Exhibits 3 and 17 to the Third Amended Complaint.

On July 2, 2026, the Court granted Plaintiff's unopposed motion for leave to file the Third Amended Complaint and directed Plaintiff to file the Third Amended Complaint by July 2, 2026. Dkt. 66. The Court also set August 20, 2026 as Defendants' deadline to answer or otherwise respond. Id.

Plaintiff has filed the Third Amended Complaint and the publicly filed exhibits today, except for Exhibits 3 and 17. Plaintiff did not file Exhibits 3 and 17 publicly because Plaintiff's original leave-to-amend papers specifically requested permission to file those two exhibits under seal, and because the Court's July 2 Order granted leave to file the TAC but did not expressly address that sealing request.

Plaintiff respectfully requests an endorsement permitting Exhibits 3 and 17 to be filed under seal as exhibits to the Third Amended Complaint. Plaintiff further requests that, once filed under seal, Exhibits 3 and 17 be deemed part of the Third Amended Complaint exhibit record and deemed timely filed pursuant to the Court's July 2 Order, or alternatively that Plaintiff be permitted to file them within one business day of the Court's endorsement.

This request is narrow and was already presented in Plaintiff's leave-to-amend papers. In Plaintiff's Declaration in Support of Leave to File the TAC, Plaintiff explained that Exhibits 3 and 17 contain sensitive material implicating the privacy of the complainant in the underlying sexual-offense prosecution. Exhibit 3 is the transcript of the complainant's grand-jury testimony, the secrecy of which is also protected under New York Criminal Procedure Law § 190.25(4). Exhibit 17 is the transcript of the complainant's deposition testimony in a Florida criminal matter. See Tripathy Decl. ¶ 14, Dkt. 63-1. Plaintiff's Memorandum of Law likewise requested leave to file only these two exhibits under seal, while filing the TAC and the remaining seventeen exhibits publicly. See Pl. Mem. at 7, Dkt. 63.

The request is also consented to or unopposed. Counsel for Defendant Risdal requested that Exhibits 3 and 17 be filed under seal as a condition of Risdal's consent to filing the TAC. Plaintiff agreed to that condition. Plaintiff also notified counsel for the City and ADA Defendants, and the City did not object. See Tripathy Decl. ¶¶ 13-14, Dkt. 63-1.

Good cause exists for sealing. Although judicial documents are subject to a presumption of public access, the presumption may yield to countervailing interests, including privacy interests and grand-jury secrecy, where the sealing request is narrowly tailored. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006). Here, Plaintiff seeks sealing only for two exhibits out of nineteen. The TAC itself and all remaining public exhibits have been filed publicly. The requested sealing would protect sensitive complainant/privacy interests and grand-jury secrecy without sealing the operative pleading or the public record as a whole.

Plaintiff respectfully submits that sealing Exhibits 3 and 17 is the least restrictive and most orderly approach. Plaintiff does not seek to withhold these exhibits from the Court or from Defendants. The exhibits are referenced in the TAC and are relevant to the allegations pleaded there, but public filing of the unredacted transcripts would unnecessarily disclose sensitive material. Plaintiff will comply with any further direction from the Court, including filing public redacted versions or placeholder exhibits if the Court prefers that procedure.

Accordingly, Plaintiff respectfully requests that the Court endorse this letter motion and order that:

1. Plaintiff may file Exhibits 3 and 17 to the Third Amended Complaint under seal;
2. Exhibits 3 and 17 shall remain sealed pending further order of the Court;
3. Upon filing, Exhibits 3 and 17 shall be deemed exhibits to the Third Amended Complaint and deemed timely filed pursuant to the Court's July 2, 2026 Order, or alternatively shall be filed within one business day of the Court's endorsement; and

4. If the Court requires public redacted versions, Plaintiff may file public redacted versions or public placeholder notices in the form directed by the Court.

Respectfully submitted,

/s/ Sanjay Tripathy
Sanjay Tripathy
Plaintiff Pro Se
2013 Jadewood Drive
Morrisville, NC 27560
+1-859-380-1515
sanjay.tripathy@gmail.com

Dated: July 2, 2026
Morrisville, North Carolina

Cc: Defense Counsel(s) - via CMECF