Request GRANTED. City Defendants have leave to re-file Exhibit C. **The Clerk of Court is directed to strike Dkt. No. 87-3 from the docket.** SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
September 2, 2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Sanjay Tripathy v. City of New York, et al.,
25 Civ. 6465 (AT) (JW)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants the City of New York, and New York County Assistant District Attorneys Kristen Baraiola, Martha Bashford, Shannon Lucey, and Nicole Blumberg ("City defendants") in the above-referenced matter.

The City defendants writes to respectfully request that the Court (1) strike Exhibit C, accompanied to the Declaration of Gregory Accarino in Support of the City defendants' Motion to Dismiss the Third Amended Complaint, because it includes the unredacted full date of birth of plaintiff, and (2) permit the City defendants to re-file Exhibit C redacting the full date of birth of plaintiff on the docket. *See* Dkt. No. 87-3, Exhibit C, August 31, 2026. Plaintiff consents to this request.

By way of background, yesterday, the City defendants inadvertently filed Exhibit C, a New York City Police Department Complaint Report, on the docket with plaintiff's full date of birth included. This morning, plaintiff reached out to the undersigned to request that Exhibit C be stricken from the public docket because it contained his date of birth and refiled redacting that same information. As a result, the City defendants are now making this request.

Accordingly, the City defendants respectfully request, with plaintiff's consent, that the Court (1) strike Exhibit C, accompanied to the Declaration of Gregory Accarino in Support of the City defendants' Motion to Dismiss the Third Amended Complaint, because it includes the unredacted full date of birth of plaintiff, and (2) permit the City defendants to re-file Exhibit C redacting the full date of birth of plaintiff on the docket.

The City defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **BY U.S. MAIL:**
Sanjay Tripathy
*Plaintiff Pro Se*
2013 Jadewood Drive
Morrisville, NC 27560

**BY ECF:**
Robert Staroselsky
*Attorney for defendant Risdal*